AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ATABEY, INC., a Florida corporation,<br><br>*Plaintiff(s)*<br><br>v.<br><br>GERBY CLICK, LLC, a Massachusetts limited liability company, VARNEL SAINT FLEUR, an individual, and TAMARA LIMA, an individual,<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-23786-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gerby Click, LLC
c/o United States Corporation Agents, Inc.
1900 West Park Drive, Suite 280F
Westborough, MA 01581

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jorge Espinosa, Esq.
GrayRobinson, P.A.
333 S.E. 2nd Avenue, Suite 3200
Miami, FL 33131
Tel.:  305-416-6880
Fax:  305-416-6887

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  10/05/2023

Angela E. Noble
Clerk of Court

s/ R. Bissainthe
Deputy Clerk
U.S. District Courts

**SUMMONS**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| ATABEY, INC., a Florida corporation, | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 1:23-cv-23786-KMM |
| GERBY CLICK, LLC, a Massachusetts limited liability company, VARNEL SAINT FLEUR, an individual, and TAMARA LIMA, an individual, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Varnel Saint Fleur
5 Judith Ln, 5
Waltham, MA 02452

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jorge Espinosa, Esq.
GrayRobinson, P.A.
333 S.E. 2nd Avenue, Suite 3200
Miami, FL 33131
Tel.:  305-416-6880
Fax:  305-416-6887

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 10/05/2023

Angela E. Noble
Clerk of Court

s/ R. Bissainthe
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| ATABEY, INC., a Florida corporation,<br><br>*Plaintiff(s)*<br>v.<br>GERBY CLICK, LLC, a Massachusetts limited liability company, VARNEL SAINT FLEUR, an individual, and TAMARA LIMA, an individual,<br><br>*Defendant(s)* | ))))))))))))) | Civil Action No. 1:23-cv-23786-KMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Tamara Lima
5 Judith Ln, 5
Waltham, MA 02452

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jorge Espinosa, Esq.
GrayRobinson, P.A.
333 S.E. 2nd Avenue, Suite 3200
Miami, FL 33131
Tel.:  305-416-6880
Fax:  305-416-6887

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  10/05/2023



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ R. Bissainthe*
Deputy Clerk
U.S. District Courts